

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:     Union Pacific Railroad Company v. Ameriton Properties Incorporated

Appellate case number:   01-13-00811-CV

Trial court case number: 2012-03918

Trial court:             281st District Court of Harris County

  It is ordered that Appellee's Motion for Rehearing is **denied**.


Justice's signature: /s/ Harvey Brown
       Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Higley and Brown


Date: December 9, 2014